IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 3:15CR 16 |
| ) | |
| HEATHER ELIZABETH COFFMAN, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(False Statement Involving International Terrorism)

On or about November 13, 2014, HEATHER ELIZABETH COFFMAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement involving international terrorism, in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling Federal Bureau of Investigation Special Agents, in the Eastern District of Virginia, that she had no idea when asked whether an individual referred to herein as "N.A." had talked to anybody else or other people who supported ISIS and that she did not know anybody he talked to. The statement was false because, as COFFMAN well knew, she previously had put N.A. in contact with ISIS fighters and N.A., in turn, had communicated with them to facilitate N.A.'s travel to Turkey to join ISIS.

(All in violation of Title 18, United States Code, Section 1001(a).)

1

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/ Michael Gill

Michael R. Gill
Jessica D. Aber
Assistant United States Attorney

2