Lisa Coffman



March 29, 2015

Honorable John A. Gibney
United States District Court Judge
c/o Mary E Maguire, Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219

Dear Judge Gibney,

I am Heather Coffman's mom.  Heather would wake up and take her son to school every day.  He liked her taking him.  She would then go to work.  She worked at her job for 10 years.

She would do anything for just about anybody.  If her son got sick, she would stop everything to tend to him.  She is a sensitive person.  She still to this day cries at the movie the Lion King.

Heather is sorry for what she did.  She told me in one of her letters that she didn't mean to break up the family.  She didn't mean to have my grandson taken away.  When my brother passed away Heather was there for me.  But she would go into her room and cry.  Her grandmother lives next door to us.  When we had that earthquake, she ran over there to check on her.

We are not perfect, but we are a happy family.  When her dad had his heart attack, Heather paid for all his medications that he needed.  She did this without anyone asking.  She did it out of the kindness of her heart.

Heather is my first born.  Maybe if I did some things differently she wouldn't be where she's at now.  I sensed that something was wrong, but when I asked Heather what was going on, she said, "Nothing.  Don't worry."  Perhaps if I had been able to know more, I could have taken steps to prevent it somehow.  At this time we are doing all we possibly can to ensure the healthiest pro-social environment possible upon Heather's return.

It already seems like she has been gone forever.  I just wish she could come home soon.  She and her son need to be together.  We all need to be together again.  Heather was arrested the day before my birthday.  We had cake that evening.  She called on my birthday to say she was sorry.  Days later my youngest daughter gave me the card that she and Heather had picked out.  My youngest signed it for Heather because she didn't get the chance to.

Thank you, Judge Gibney, for you consideration.

Sincerely,

Lisa Coffman

APRIL 1, 2015

HONORABLE JOHN A. GIBNEY, JR

I'm HEATHER COFFMANS FATHER
HEATHER WAS RAISED UP IN A GOOD
LOVING FAMILY. WHEN IT COMES TO
FAMILY AND FRIENDS, SHE IS VERY
LOYAL, A GOOD HEARTED PERSON.

HEATHER IS ATENTIVE MOTHER
SHE WOULD TAKE SON THE PARK, SO
THEY COULD SPEND QUALITY TIME
TOGETHER.

THERE WAS A WATCH I WANTED
HEATHER KEPT SAYING "NO DAD". THEN
ONE FATHER'S DAY SHE SUPRISED ME
WITH THE WATCH.

HEATHER ENJOYED HER JOB
AND WAS ALWAYS EAGER TO HELP
THE CUSTOMERS

SHE'S TRULY SORRY FOR WHAT SHE
DID. WE HOPE TOO GET OUR FAMILY BACK
TOGETHER SOON.

WE'LL MAKE SURE THIS WILL
NOT HAPPEN AGAIN,

SINCERELY,
Rickie Coffma

Honorable John A. Gibney,

I am Heather's younger sister. Although mistakes were made, my sister is a wonderful person. She is very sensitive and she is very compassionate towards people and animals. On her way to work one day, she saw a homeless man and she bought his lunch for the day. My sister even bought a few mice from the pet store just they would not be used for snake food. My nephew never went without anything. She almost closed her store down because she was the only one there at the time and my nephew left his toy dirt bike at the food court. She would bring my nephew to work with her sometimes because he enjoyed going with her. My sister even left work early one day just because my nephew wanted to see her before he went with his father for the weekend. My sister had a great work ethic as well. Her co-workers would even call her on days off if they needed help with

⟶

anything. My Sister would do anything for anybody. This world actually needs more people like her. We will do what we can to make sure no more accidents like this will occur in the future. My Sister has learned her lesson and she is sorry. I hope she can come home very soon, not only for her, but, for my nephew, my grandmother and our parents. Thank you for your consideration

Sincerely,
Kelley Coffman

4-8-15

Honorable Judge Gibney,
RE: Heather Elizabeth Coffman

I am Elizabeth K. Berber, I am a
retired Clinic Attendant for Henrico
Public Schools. I am Heather
Coffman's grandmother. She has
lived with me or next door all
her life. We have always been just
one family. Big new help take
care of me & my home.

To me Heather is a very honest
& trustworthy person. When she
would borrow money from me
she would always pay back on
pay day. If she promised to
do something for me she would
do it. As far as I know she
always respected the law —
Sometimes she did have a heavy
foot —

Heather always seemed
kind a generous to everyone
I have seen her give her last
dollar or food to someone on
the street. It seemed to me
she was always helping the

underdogs Heather was always
concerned about my welfare &
would check on me all the
time, I will never forget when
we had the earth quake she
was over here checking on me -
barefooted - Heather was always
ready to take me anywhere I
needed to go.

Heather is a great mother - Spoiled
her son I won't. Took him to School
each morning - because the bus
was to noisy - Sometimes she
would have lunch with him
at school. She was room
mother & would go on field
trips on days she wasn't working
the not in school they would go
to the parks. She really took
good care of him & gave him
a lot of love.

Heather is even an cinimas
lover.

We hated it when she would go to the pet store. She would usually come home with something. One time she brought a bunch of baby mice - to save them from being fed to the snakes.

Heather loved her job in Jewelry store. She worked there for 10 years. She was very dependable. She would take her son there sometimes in order not to miss work.

As far as I knew Heather was well liked by all her friends & neighbors. They seem to be sticking by her now - even tho they did not approve of her talking with the wrong people on the computer. Even when CDN went all over our neighborhood they could not find any one to say anything negative about her.

In my opinion of Heather - She is just a thrill seeking kid - always looking for something different - This time she got

mixed up with the wrong people
on the computer & believed what
they were telling her. This
is when I let her know I
did not approve of the people
she was communicating with nor
did of her changing to modern
after that she stayed at her
house & I stayed in mine.
I still told her I loved her
and always would.

I would like to be at her
sentencing on may 11th but being
88 years young & using a walker I
don't think I can make it.
I hope you will realize
that she is just a thrill
seeking child & needs to be
here with her son and give
her a second chance.
She has written me she is
so sorry for all the pain & problems
she has cause everone.

Sincerely,
Elizabeth Herber