# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

May 26, 2015

Leo Brandon Farnsworth
Reg. No. 135505
Richmond Justice Center
1701 Fairfield Way
Richmond, Virginia 23223



Re:  Criminal Action No. 3:15CR016
     United States v. Heather Elizabeth Coffman

Dear Mr. Farnsworth,

Thank you for your letter received on May 18, 2015. Please be advised that this office is not permitted to provide free copies. If you wish to purchase the **'Judgment In A Criminal Case'** (ECF No. 45) from the above-styled case file, please remit $.60. Your money order should be made payable to **Clerk, U.S. District Court.**

If you cannot afford to pay the required copy fee, you may file a motion with the Court. Please be specific in your motion why you need the document.

Please be certain that you include a Certificate of Service with your motion (usually the last page of your document) that includes the following language: "I hereby certify that on this ___date of ___, 2015 that I mailed a copy of the (*include the title of your document*) to (*include the name of prosecuting attorney*) at United States Attorney's Office in Richmond, Virginia.

Please let us know if we can provide you with any additional assistance.

Sincerely,
FERNANDO GALINDO, Clerk

By: Robert L. Walker, Deputy Clerk

cc: case file