IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:15-cr-016-JAG

HEATHER ELIZABETH COFFMAN,
Defendant.

## ORDER

This matter comes before the Court on the government's motion to modify the terms of the defendant's motion to dismiss. (Dk. No. 52.) The government seeks to add two special conditions to the terms of the defendant's supervised release: the use of a GPS monitoring at the defendant's expense, and active computer and cell phone monitoring at the defendant's expense.

Upon due consideration and for the reasons stated from the bench, the Court GRANTS in part and DENIES in part the defendant's motion. The Court ADDS the following special conditions to the terms of the defendant's supervised release:

(a) The defendant shall be on stand-alone monitoring for up to a period of 3 years, at the discretion of the probation officer, which shall include GPS location monitoring at the government's expense as directed by the Probation Officer, and the defendant shall abide by all technology requirements.

(b) The defendant shall comply with the requirements of the computer monitoring program as administered by the Probation Office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access, to include cellular telephones. Installation shall be performed by the Probation Officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way

circumvent the software. The costs of the monitoring shall be paid by the government.

In six months, the parties shall come before the Court to reconsider the appropriateness of these modifications. Further, in one month, the defendant may ask that the Court reconsider its ruling based on any new evidence that may be available at time.

It is so ORDERED.

Let the Clerk send a copy of this Order to counsel of record and the United States Probation Office, Richmond Division.

Date: December 7, 2017
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge