CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney
REPORTER: G. Halasz, OCR
DOCKET NO. 3:15CR16
DATE: 1/3/18

UNITED STATES OF AMERICA
v.
1. Heather Elizabeth Coffman

COUNSEL
1. Carolyn Grady
   Mary Maguire

**APPEARANCES:** GOVERNMENT Jessica Aber ( )
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND (✓) DEFENDANT INCARCERATED ( ) BOND NOT SET ( )

**TYPE of PROCEEDINGS:** ~~MOTIONS~~ Hearing to Reconsider Modification of Supervised Release Conditions ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND (✓) DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( ) MOTION DENIED ( )

**OTHER PROCEEDINGS:** The conditions of supervised release as modified on 12/7/17 will remain as they are.

**CASE CONTINUED TO:** June 6, 2018 AT 9:30 A.M. FOR Status Hrg.

**CASE SET:** 10:00am  **BEGAN:** 10:14am  **ENDED:** 10:42am  **TIME IN COURT:** 28 mins.