CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney
REPORTER: G. Halasz, OCR
DOCKET NO. 3:15CR16
DATE: 6/6/18

UNITED STATES OF AMERICA
v.
1. Heather Elizabeth Coffman

COUNSEL
1. Carolyn Grady

**APPEARANCES:** GOVERNMENT Jessica Aber ( )
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND (✓)   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE of PROCEEDINGS:** ~~MOTIONS~~ Status Hearing ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT ~~BOND~~ SR (✓)   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** The government provided the Court # the defendant's status over the past 6 months; the Court determined that the conditions of location monitoring and computer monitoring will be removed

**CASE CONTINUED TO:** _____, 20__ AT _____ __.M. FOR _____

CASE SET: 9:30am   BEGAN: 9:32am   ENDED: 9:37am   TIME IN COURT: 5 mins.